**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nickolson, Victoria** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-6040** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1095 Adrianne Dr.**<br>**South Elgin, IL 60177** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     **Kane** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)          ☐ Railroad<br>☐ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other_____          ☐ Clearing Bank | ■ Chapter 7          ☐ Chapter 11          ☐ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business          ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | **Name of Debtor(s):** | **FORM B1**, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Nickolson, Victoria** | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Victoria Nickolson**
Signature of Debtor **Victoria Nickolson**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February  1, 2005**
Date

### Signature of Attorney

X   **/s/ James A. Young 6217342**
Signature of Attorney for Debtor(s)
**James A. Young 6217342**
Printed Name of Attorney for Debtor(s)
**James A. Young**
Firm Name
**James A. Young & Associates, Ltd.**
**47 DuPage Court**
**Elgin, IL 60120**
Address
**(847) 608-9526  Fax: (847) 695-3494**
Telephone Number
**February  1, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ James A. Young 6217342     February  1, 2005**
Signature of Attorney for Debtor(s)          Date
**James A. Young 6217342**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Victoria Nickolson**

_____,
Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 34,150.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 1,526,535.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,320.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,830.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 34,150.00 | | |
| Total Liabilities | | | | 1,526,535.18 | |

In re    **Victoria Nickolson**                                           ,    Case No. _____

                                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Victoria Nickolson**                       ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **West Subarban Bank Checking Account** | - | **1,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc Furniture & Appliances** | - | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Cloting** | - | **500.00** |
| 7. Furs and jewelry. | | **Jewelry** | - | **650.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >     **3,150.00**
(Total of this page)

___**2**___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re    **Victoria Nickolson**                                          ,    Case No. _____
                                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Retirement | - | 7,000.00 |
| | | Retirement | - | 20,000.00 |
| | | Retirement | - | 4,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Possible Tax Return | - | Unknown |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **31,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Victoria Nickolson**                                                ,    Case No. _____
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sub-Total >            **0.00**
(Total of this page)

Total >            **34,150.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Victoria Nickolson**                                                    , Case No. _____

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Misc Furniture & Appliances** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Cloting** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement** | **735 ILCS 5/12-704** | **7,000.00** | **7,000.00** |
| **Retirement** | **735 ILCS 5/12-704** | **20,000.00** | **20,000.00** |
| **Retirement** | **735 ILCS 5/12-704** | **4,000.00** | **4,000.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Possible Tax Return** | **735 ILCS 5/12-1001(b)** | **0.00** | **Unknown** |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re      **Victoria Nickolson**                                                    Case No. _____
                                                    ,
                                  Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | |
| | | | | Total (Report on Summary of Schedules) | | | **0.00** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(04/04)

In re    **Victoria Nickolson**                                                              Case No. _____
                                                ,
                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

Form B6F
(12/03)

In re  **Victoria Nickolson**                                      ,          Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **04 C 0264**<br><br>:aborers Pension fund & Welfare<br>c/o Patrick T. Wallace<br>53 W. Jackson Blvd Ste. 660<br>Chicago, IL 60604 | | - | | | **04**<br>Civil | | | | **6,599.35** |
| Account No. **03 M 402394**<br><br>A.J. Voltan LLC<br>c/o Manuel A. Boigues<br>115 S. LaSalle St.<br>Chicago, IL 60603 | | | | | **03**<br>Breach of contract | | | | **12,316.00** |
| Account No.<br><br>Action Mobile Industries Inc<br>135 S. LaSalle Dept 1642<br>Chicago, IL 60674 | | - | | | **Services** | | | | **429.00** |
| Account No. **04 CN 255**<br><br>Advance Electrical Supply Co<br>c.o William L Kabaker & Assoc<br>55 E. Monroe Ste 3420<br>Chicago, IL 60603 | | - | | | **04**<br>Breach of contract | | | | **21,342.15** |

__30__  continuation sheets attached

Subtotal                    **40,686.50**
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
                                    S/N:27428-050113    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Victoria Nickolson**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5477 5339 8097 8012** <br><br> **Advanta Business Cards** <br> **P.O. Box 8088** <br> **Philadelphia, PA 19101** | | - | Revolving | | | | 23,692.00 |
| Account No. <br><br> **AGA Gas Inc** <br> **1800 Fifth Ave.** <br> **River Grove, IL 60171** | | - | Services | | | | 847.91 |
| Account No. <br><br> **Airborne Express** <br> **P.O. Box 8088** <br> **Philadelphia, PA 19101** | | - | Services | | | | 185.69 |
| Account No. <br><br> **All Star Asphalt** <br> **165 W. Hintz** <br> **Wheeling, IL 60090** | | - | Services | | | | 4,020.30 |
| Account No. <br><br> **Alternate Construction Controls** <br> **12225 Disk Dr.** <br> **Lockport, IL 60441** | | - | Services | | | | 13,116.81 |

Sheet no. __1__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **41,862.71**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson**                                    , Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | services | | | | |
| **Amy Plumbing Heating & Cooling**<br>**58 Kimball st.**<br>**Elgin, IL 60120** | | | | | | | 49.00 |
| Account No. | | - | Services | | | | |
| **Antioch Tire, Inc**<br>**440 E. Rt. 173**<br>**Antioch, IL 60002** | | | | | | | 2,673.73 |
| Account No. **1-092726** | | - | Services | | | | |
| **Arc Disposal**<br>**P.O. Box 9001822**<br>**Louisville, KY 40290** | | | | | | | 575.00 |
| Account No. | | - | Services | | | | |
| **ARC Disposal & Rec., Inc**<br>**2101 S. Busse Rd.**<br>**Mount Prospect, IL 60056** | | | | | | | 267.48 |
| Account No. | | - | Services | | | | |
| **Arthur J. Lootens & Sons**<br>**0S551 Joliet Rd.** | | | | | | | 3,898.19 |

Sheet no. __2__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,463.40

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Victoria Nickolson**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | services | | | | | |
| **Barge Terminal Trucking Inc** **2700 S. Robinson** **Chicago, IL 60608** | - | | | | | | | 8,140.18 |
| Account No. | | | Services | | | | | |
| **Batavia Can Company** **P.O. Box 1593** **Aurora, IL 60507** | - | | | | | | | 468.78 |
| Account No. | | | Services | | | | | |
| **Batteries Plus** **352 S. Randall Rd** **Elgin, IL 60123** | - | | | | | | | 383.77 |
| Account No. | | | Services | | | | | |
| **Beacon Transport** **P.O. Box 957046** **Schaumburg, IL 60195** | - | | | | | | | 3,317.94 |
| Account No. | | | Services | | | | | |
| **Beverly Materials, LLC** **1100 Brandt Dr.** **Elgin, IL 60120** | - | | | | | | | 363.90 |

Sheet no. __3__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,674.57**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Victoria Nickolson** ,   Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| **Boncosky Oil Company**<br>**dept 77-52181**<br>**Chicago, IL 60678** | - | | | | | | 705.31 |
| Account No. | | | services | | | | |
| **Boughton Trucking & Materials Inc**<br>**P.O. Box 1036**<br>**Bedford Park, IL 60499** | - | | | | | | 1,861.24 |
| Account No. | | | Services | | | | |
| **Brock Tool Co.**<br>**1475 Louis Ave.**<br>**Elk Grove Village, IL 60007** | - | | | | | | 107.42 |
| Account No. **5856-3708-0428-9875** | | | Debt owed | | | | |
| **Buckle**<br>**PO Box 659704**<br>**San Antonio, TX 78265-9704** | - | | | | | | 185.26 |
| Account No. | | | 03<br>Damage to property | | | | |
| **Buona Beef, Inc**<br>**c/o Meltzer,Purtill & Stelle LLC**<br>**1515 E. Woodfield Rd.**<br>**South Holland, IL 60473** | - | | | | | | 10,721.57 |

Sheet no. __4__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **13,580.80**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson**                                                    ,   Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | services | | | | |
| **Camponella & Sons Inc**<br>**P.O. Box 32**<br>**Wadsworth, IL 60083** | | | | | | | | **280.00** |
| Account No. **4802 1323 0490 7044** | | - | | Revolving | | | | |
| **Capital One**<br>**P.O. Box 34631**<br>**Seattle, WA 98124** | | | | | | | | **5,427.00** |
| Account No. **multiple accounts** | | - | | Credit Card | | | | |
| **Capital One**<br>**PO Box 790216**<br>**Saint Louis, MO 63179** | | | | | | | | **9,739.98** |
| Account No. | | - | | Services | | | | |
| **Catom Trucking**<br>**37W309 Keslinger Rd**<br>**Geneva, IL 60134** | | | | | | | | **4,473.83** |
| Account No. **7942** | | - | | Credit Card | | | | |
| **Chase**<br>**P.O. Box 52108**<br>**Phoenix, AZ 85072-2108** | | | | | | | | **16,050.29** |

Sheet no. __**5**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **35,971.10**

Form B6F - Cont.
(12/03)

In re    **Victoria Nickolson**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **City of Naperville <br> P.O. Box 4231 <br> Carol Stream, IL 60197** | - | | services | | | | 424.21 |
| Account No. <br><br> **Columbia Pipe & Supply Co <br> 135 S.LaSalle St. <br> Dept 1209 <br> Chicago, IL 60674** | - | | Services | | | | 85.56 |
| Account No. **7026085028** <br><br> **ComEd <br> Bill Payment Center <br> Chicago, IL 60668-0001** | - | | Utilities | | | | 1,194.00 |
| Account No. <br><br> **Communications Products <br> 1740 W. Warren Ave. <br> Englewood, CO 80110** | - | | Services | | | | 1,420.18 |
| Account No. <br><br> **Computer Business Services <br> 770 Peace Rd. <br> Dekalb, IL 60115** | - | | services | | | | 383.61 |

Sheet no. __6__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,507.56**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson** ,                    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Computer Forms** <br> **P.O. Box 23456** <br> **Portland, OR 97281** | - | | services | | | | 814.50 |
| Account No. <br><br> **Concrete Cutting Services** <br> **517 N. Racine** <br> **Chicago, IL 60622** | - | | Services | | | | 2,291.20 |
| Account No. <br><br> **Countryside Industries** <br> **29947 N. Rand Rd.** <br> **Wauconda, IL 60084** | - | | services | | | | 41,315.00 |
| Account No. <br><br> **Diamond Cut Concrete Cutters Inc** <br> **327 Ferndale Ave.** <br> **Elmhurst, IL 60126** | - | | services | | | | 3,726.50 |
| Account No. **7814** <br><br> **Discover** <br> **P.O Box 30395** <br> **Salt Lake City, UT 84130** | - | | Credit Card | | | | 9,883.25 |

Sheet no. __7__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**58,030.45**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson**                                              ,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **04 10900 MML 035** <br><br> **Dominion East Ohio** <br> **c/o Roetzel & Andress** <br> **1375 E. Ninth St.** <br> **Cleveland, OH 44114** | - | | **04** <br> **Damages to property** | | | | **630.07** |
| Account No. <br><br> **Dupage Topsoil Inc** <br> **P.O. Box 387** <br> **Wheaton, IL 60189** | - | | **Services** | | | | **71,303.00** |
| Account No. **2004 Ch000453** <br><br> **E.F. Heil LLC** <br> **c/o Kurt E. Vragel Jr. Esq** <br> **1701 E. Lake Ave. Suite 170** <br> **Glenview, IL 60025** | - | | **04** <br> **Judgement for damages** | | | | **24,361.50** |
| Account No. <br><br> **E.F. Heil LLC** <br> **12152 S. Naperville Rd.** <br> **Plainfield, IL 60544** | - | | **services** | | | | **18,729.60** |
| Account No. <br><br> **Earth Tool Co., LLC** <br> **Dept 59860** <br> **Milwaukee, WI 53259-0860** | - | | **Services** | | | | **1,077.64** |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**116,101.81**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Victoria Nickolson**                                    , Case No. _____
                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Eat-Teck Office Solutions** <br> **1820 Wallace Ave.** <br> **Unit 103** <br> **Saint Charles, IL 60174** | | - | | **Services** | | | | 330.41 |
| Account No. **337-702-427** <br><br> **Express** <br> **P.O Box 659728** <br> **San Antonio, TX 78265** | | - | | **2004** <br> **Debt owed** | | | | 0.00 |
| Account No. <br><br> **Fastenal Company** <br> **P.O. Box 978** <br> **Winona, MN 55987** | | - | | **Services** | | | | 154.93 |
| Account No. <br><br> **Federa Express** <br> **P.O. Box 94515** <br> **Palatine, IL 60094** | | - | | **Services** | | | | 0.34 |
| Account No. <br><br> **Fence Connection** <br> **970 Villa St.** <br> **Elgin, IL 60120** | | - | | **Services** | | | | 1,452.00 |

Sheet no. __9__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,937.68

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson**                                   ,   Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Forrer Supply Co.**<br>**W194N 1181 McCormick Br.**<br>**P.O. Box 220**<br>**Germantown, WI 53022** | - | | | | Services | | | | 1,535.37 |
| Account No.<br><br>**Fox Valley Fire & Safety**<br>**1730 Berkley St.**<br>**Elgin, IL 60123** | - | | | | Services | | | | 536.23 |
| Account No.<br><br>**Freund International**<br>**P.O. Box 67**<br>**Huntley, IL 60142** | - | | | | Services | | | | 10,994.84 |
| Account No. **126599919**<br><br>**GC Services Limited Partnership**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** | - | | | | 2004<br>Debt owed | | | | 7,157.08 |
| Account No.<br><br>**Geneva Construction Co**<br>**c/o Gary Mickey, Esq**<br>**2111 Plum St. STe 201**<br>**Aurora, IL 60506** | - | | | | Deficiency | | | | 3,501.00 |

Sheet no. __**10**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,724.52

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services | | | | |
| Geneva Construction Co P.O. Box 998 Aurora, IL 60507 | | - | | | | | | | 2,313.00 |
| Account No. | | | | | Services | | | | |
| Groebner & Associates, Inc 9530 Fallon Ave. NE Monticello, MN 55362 | | - | | | | | | | 1,133.30 |
| Account No. | | | | | services | | | | |
| H & H Electric Co. 2830 Commerce St. Franklin Park, IL 60131 | | - | | | | | | | 111.18 |
| Account No. | | | | | services | | | | |
| H.R. Stewart Inc 52 W. Crystal ST. Cary, IL 60013 | | - | | | | | | | 1,200.00 |
| Account No. | | | | | | | | | |
| Hartman Simons Spielman & Wood 6400 Powers Ferry Rd. Atlanta, GA 30339 | | - | | | | | | | 555.99 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                5,313.47
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Victoria Nickolson**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | services | | | | |
| **Hausman Kunkel, Inc**<br>**40 Prospect**<br>**P.O. Box 72290**<br>**Roselle, IL 60172** | - | | | | | | 96,307.00 |
| Account No. | | | services | | | | |
| **Hedman Concrete Construction**<br>**3969 Sunset Ln**<br>**Northbrook, IL 60062** | - | | | | | | 1,350.00 |
| Account No. | | | Rental Fees | | | | |
| **Hertz Equipment Rental**<br>**P.O. Box 263900**<br>**Oklahoma City, OK 73126** | - | | | | | | 1,172.09 |
| Account No. | | | services | | | | |
| **Highway Safety Corp**<br>**1756 Armitage Ct.**<br>**Addison, IL 60101** | - | | | | | | 1,736.72 |
| Account No. **36-4272519** | | | 04<br>NSF | | | | |
| **Illinois Dept of Revenue**<br>**Springfield, IL 62776** | - | | | | | | 25.00 |

Sheet no. __12__ of __30__ sheets attached to Schedule of        Subtotal                              100,590.81
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson**                                    , Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | - | | | | | | |
| Illinois Dept. of Revenue P.O. Box 19045 Springfield, IL 62796-0001 | | | | | | | 759.01 |
| Account No. | - | | fees | | | | |
| Illinois State Highway Dept 2700 Ogden Downers Grove, IL 60515 | | | | | | | 1,285.05 |
| Account No. | - | | Rental | | | | |
| Independent Equipment Services P.O. Box 893 South Elgin, IL 60177 | | | | | | | 4,732.80 |
| Account No. | - | | services | | | | |
| Ingersoll-Rand P.O. Box 951394 | | | | | | | 1,999.27 |
| Account No. | - | | services | | | | |
| ISCO Industries 926 Baxter Ave. P.O. Box 4545 Louisville, KY 40204 | | | | | | | 6,769.68 |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,545.81**

Form B6F - Cont.
(12/03)

In re  **Victoria Nickolson**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Joseph D. Foreman & Co.**<br>**28102  W. Industrial Ave.**<br>**Barrington, IL 60010** | - | | services | | | | 1,771.89 |
| Account No. <br><br>**Kantex Industries**<br>**115 N. Emma**<br>**P.O. Box 2161**<br>**Olathe, KS 66051** | - | | services | | | | 1,668.40 |
| Account No. <br><br>**Kieft Brothers**<br>**837 S. Riverside Dr.**<br>**Elmhurst, IL 60126** | - | | services | | | | 11,076.72 |
| Account No. **038-5680-178**<br><br>**Kohl's**<br>**P.O Box 2983**<br>**Milwaukee, WI 53201-2983** | - | | merchandise | | | | 256.24 |
| Account No. **04 LMK 247**<br><br>**Kooiker Development**<br>**c/o David Finn Esq**<br>**200 E. Northwest Hwy. #200**<br>**Palatine, IL 60067** | - | | 04<br>Judgement | | | | 11,196.80 |

Sheet no. __**14**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,970.05

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Victoria Nickolson**                                          ,  Case No. _____
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Landscape Creations co** <br> **1800 33rd St.** <br> **Zion, IL 60099** | - | | services | | | | 910.00 |
| Account No. <br><br> **Leach Enterprises, Inc** <br> **4304 Rt 176** <br> **Crystal Lake, IL 60014** | - | | services | | | | 372.45 |
| Account No. <br><br> **Lee Jensen Sales** <br> **c/o Koviz Shifrin Nesbit** <br> **750 Lake Cook Rd. Ste 350** <br> **Buffalo Grove, IL 60089** | - | | 03 <br> Deficiency | | | | 19,375.18 |
| Account No. <br><br> **Lincoln Co.** <br> **911 W Sullivan Rd.** <br> **Aurora, IL 60506** | - | | services | | | | 2,100.00 |
| Account No. <br><br> **M.J. Electric, Inc** <br> **c/o Bryce Downey, LLC** <br> **312 W. Randolph  Ste 200** <br> **Chicago, IL 60606** | - | | 03 | | | | 382,894.44 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

405,652.07

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Victoria Nickolson**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Manifest Funding Services** <br> **P.O. Box 5179** <br> **Sioux Falls, SD 57117** | - | | services | | | | 1,073.67 |
| Account No. <br><br> **Mason Equipment Service, Inc** <br> **3309 E. 25th Rd.** <br> **Marseilles, IL 61341** | - | | Services | | | | 15,578.92 |
| Account No. **1582** <br><br> **Massie Jet-Vac Service** <br> **P.O. Box 532** <br> **Streator, IL 61364** | - | | 03 <br> Sub Contractor | | | | 12,700.00 |
| Account No. **0605** <br><br> **MBNA** <br> **PO Box 15288** <br> **Wilmington, DE 19886** | - | | Credit Card | | | | 315.00 |
| Account No. **2004 AR 000804** <br><br> **McCann Industries** <br> **c/o Nigro & Westfall PC** <br> **1793 Bloomingdale Rd.** <br> **Glendale Heights, IL 60139** | - | | 04 <br> Breach of contract | | | | 19,315.62 |

Sheet no.  __16__ of  __30__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,983.21

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Victoria Nickolson**                                          ,          Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**McCann Industries Inc**<br>**543 Rowling Rd.**<br>**Addison, IL 60101** | - | | **Services** | | | | **20,822.18** |
| Account No.<br><br>**McLeod USA**<br>**P.O. Box 3243**<br>**Milwaukee, WI 53201** | - | | **fees** | | | | **839.14** |
| Account No.<br><br>**McMater-Carr Supply Co.**<br>**P.O. Box 7690**<br>**Chicago, IL 60693** | - | | **Services** | | | | **174.27** |
| Account No.<br><br>**Metra**<br>**547 W. Jackson Blvd**<br>**Chicago, IL 60661** | - | | **fees** | | | | **2,048.66** |
| Account No.<br><br>**Meyer Material Co.**<br>**P.O. Box 511**<br>**1819 N Dot St.**<br>**Mchenry, IL 60051** | - | | **Services** | | | | **10,180.00** |

Sheet no. __17__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **34,064.25**

Form B6F - Cont.
(12/03)

In re **Victoria Nickolson**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Services | | | | |
| **Midway Truck Parts** **7400 W. 87th St.** **Bridgeview, IL 60455** | | | | | | | | | 406.47 |
| Account No. | | - | | | Services | | | | |
| **Midwest Chlorinating & Testing** **420 S. Western Ave.** **Bartlett, IL 60103** | | | | | | | | | 422.00 |
| Account No. **04L 001050** | | - | | | **04** **Breach of contract** | | | | |
| **Midwest REM Enterprises** **c/o Ernest Koehler, Esq.** **111 . Washington Ste 1251** **Chicago, IL 60602** | | | | | | | | | 127,496.79 |
| Account No. | | - | | | Services | | | | |
| **Midwest REM Enterprises, Inc** **P.O. Box 87166** **Carol Stream, IL 60188** | | | | | | | | | 46,328.76 |
| Account No. **851-821-248-8** | | - | | | Credit Card | | | | |
| **Mobil** **PO Box 4598** **Carol Stream, IL 60197** | | | | | | | | | 238.77 |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        174,892.79

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Victoria Nickolson**                                    , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2004 L 151**<br><br>**Nagel Trucking & Materials**<br>**c/o Kurt E. Vragel Jr., Esq**<br>**1701 E Lake Ave. Suite 170**<br>**Glenview, IL 60025** | - | | | **04 Judgement** | | | | 48,264.77 |
| Account No.<br><br>**Nagel Trucking & Materials, Inc**<br>**1043 Paramount Parkway**<br>**Batavia, IL 60510** | - | | | services | | | | 60,510.00 |
| Account No.<br><br>**Napa Auto & Truck Parts**<br>**1100 W. Spring St.**<br>**South Elgin, IL 60177** | - | | | services | | | | 2,529.71 |
| Account No.<br><br>**National Construction Rentals**<br>**P.O. Box 4503**<br>**Pacoima, CA 91333** | - | | | Fees | | | | 165.00 |
| Account No.<br><br>**National Seed Co.**<br>**5300 Katrine Ave**<br>**Downers Grove, IL 60515** | - | | | services | | | | 3,840.00 |

Sheet no. __19__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **115,309.48**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Victoria Nickolson**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | services | | | | |
| **National Waterworks 220 S. Westgate Drive Carol Stream, IL 60188** | | | | | | | | **8,944.20** |
| Account No. | | - | | services | | | | |
| **NES Traffic Safety, LP 12225 Disk Drive Romeoville, IL 60446** | | | | | | | | **1,358.06** |
| Account No. | | - | | services | | | | |
| **Nextel Communications P.O Box 4191 Carol Stream, IL 60197** | | | | | | | | **1,074.23** |
| Account No. **5-29-61-80747** | | - | | Utilities | | | | |
| **Nicor Gas P.O Box 310 Aurora, IL 60507** | | | | | | | | **1,200.00** |
| Account No. | | - | | Services | | | | |
| **Nopal Construction 1699 Park Ave Hanover Park, IL 60133** | | | | | | | | **4,600.00** |

Sheet no. __**20**_ of _**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,176.49**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Victoria Nickolson**                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | services | | | | |
| Northern Safety Co. P.O. Box 13504 Utica, NY 13504 | - | | | | | | 321.76 |
| Account No. | | | services | | | | |
| Northfield  Plumbing 1749 B Harding Rd. Winnetka, IL 60093 | - | | | | | | 250.00 |
| Account No. | | | services | | | | |
| Northwest Ford & Sterling Truck 4000 N. Mannheim RD Franklin Park, IL 60131 | - | | | | | | 473.45 |
| Account No. | | | services | | | | |
| O'Shea Asphalt 10S244 Schoger Drive Unit A Naperville, IL 60564 | - | | | | | | 16,050.00 |
| Account No. | | | services | | | | |
| Onyx Waste System 135 S. LaSalle   Dept 8181 Chicago, IL 60674 | - | | | | | | 267.21 |

| | | |
|---|---|---|
| Sheet no. __**21**_ of _**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 17,362.42 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Victoria Nickolson**                                    ,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Patten Industries** <br> **635 W. Lake St.** <br> **Elmhurst, IL 60126** | - | | **services** | | | | **11,230.82** |
| Account No. <br><br> **Patten Industries Inc** <br> **c/o Wolfe,Wolfe & Ryd** <br> **20 North Wacker Dr. Ste 3550** <br> **Chicago, IL 60606** | - | | **03** <br> **Deficiency** | | | | **14,890.89** |
| Account No. <br><br> **Payline West, Inc** <br> **225 North Randall Rd.** <br> **Saint Charles, IL 60174** | - | | **services** | | | | **11,230.82** |
| Account No. **OCD 03-703, 140** <br><br> **Peoples Energy** <br> **Attn: Ted A. Andersen** <br> **3001 Grand Ave.** <br> **Waukegan, IL 60085** | - | | **03** <br> **NSF** | | | | **1,137.04** |
| Account No. <br><br> **Peter Baker & Sons Co.** <br> **P.O. Box  187** <br> **Lake Bluff, IL 60044** | - | | **services** | | | | **4,536.00** |

Sheet no. __**22**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **43,025.57**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson**                              ,   Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | services | | | | |
| **Porter Pipe & Supply Co**<br>**35049 Eagle Way**<br>**Chicago, IL 60678** | - | | | | | | **1,562.76** |
| Account No. | | | services | | | | |
| **Powell Inc**<br>**13546 Rockland Rd.**<br>**Lake Bluff, IL 60044** | - | | | | | | **13,510.87** |
| Account No. | | | services | | | | |
| **R&J Construction**<br>**30W180 Butterfield Rd**<br>**Warrenville, IL 60555** | - | | | | | | **869.38** |
| Account No. | | | services | | | | |
| **Rental Max**<br>**908 E. Roosevelt Rd.**<br>**Wheaton, IL 60187** | - | | | | | | **151.18** |
| Account No. | | | services | | | | |
| **Rivera Irrigation Co**<br>**2827 Jethro Ct.**<br>**Zion, IL 60099** | - | | | | | | **1,014.40** |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **17,108.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Victoria Nickolson** _____, Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **04 SC 1128** <br><br> **Riverside Auto Parts** <br> **c/o Mark Schsuter, Esq.** <br> **1250 Larkin Ave. #100** <br> **Elgin, IL 60123** | - | | **04** <br> **Judgement on revolving acct.** | | | | 2,678.36 |
| Account No. <br><br> **Rockford Ind. Welding Supply** <br> **4646 Linden Rd.** <br> **Rockford, IL 61109** | - | | services | | | | 1,936.00 |
| Account No. <br><br> **Rockford Rigging, Inc** <br> **5401 Main St.** <br> **Roscoe, IL 61073** | - | | services | | | | 2,197.65 |
| Account No. <br><br> **Roland Machinery Co** <br> **NW 7899** <br> **P.O. Box 1450** <br> **Minneapolis, MN 55485** | - | | services | | | | 24,728.15 |
| Account No. <br><br> **Rolewick & Gutzke** <br> **1776 S. Naperville Rd.** <br> **Suite 104A** <br> **Wheaton, IL 60187** | - | | services | | | | 1,643.10 |

Sheet no. __24__ of __30__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)          33,183.26

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Victoria Nickolson**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | services | | | | |
| Safety Supply Illinois 695 Sundown Rd South Elgin, IL 60177 | | - | | | | | | | 97.00 |
| Account No. | | | | | services | | | | |
| Service Master 25 W. North Ave. Villa Park, IL 60181 | | - | | | | | | | 405.40 |
| Account No. | | | | | services | | | | |
| Signs By Tomorrow 1024 N. McLean Blvd Elgin, IL 60123 | | - | | | | | | | 978.79 |
| Account No. 03 00744 | | | | | 03 Wage claim | | | | |
| State of Illinois 160 North LaSalle  Ste c-1300 Chicago, IL 60601 | | - | | | | | | | 11,186.56 |
| Account No. 24860 | | | | | 03 Deficiency | | | | |
| Steiner Electric 1250 Touhy Ave. Elk Grove Village, IL 60007 | | - | | | | | | | 2,302.02 |

Sheet no. __25_ of _30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,969.77**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson**                                           ,        Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Steiner Electric**<br>**2665 Payshere Circle**<br>**Chicago, IL 60674** | | - | | services | | | | 919.44 |
| Account No.<br><br>**Sunbelt Rentals**<br>**P.O. Box 409211**<br>**Atlanta, GA 30384** | | - | | services | | | | 3,640.00 |
| Account No.<br><br>**Tardella & Company**<br>**11 S. Second**<br>**Ste 2**<br>**Saint Charles, IL 60174** | | - | | services | | | | 4,000.00 |
| Account No. **4352-3750-4285-7039**<br><br>**Target**<br>**PO Box 59317**<br>**Minneapolis, MN 55459-0317** | | - | | Credit Card | | | | 3,581.43 |
| Account No.<br><br>**Traffic Control & Protection**<br>**31W625 Smith Rd**<br>**West Chicago, IL 60185** | | - | | services | | | | 5,508.13 |

Sheet no. __**26**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,649.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson** _____ ,   Case No. _____
                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Traffic Service Inc** <br> **2260 Southwind Blvd** <br> **Bartlett, IL 60103** | - | | | services | | | | 6,103.00 |
| Account No. <br><br> **United Rentals** <br> **525 Julie Rivers Dr.** <br> **Suite 200** <br> **Sugar Land, TX 77478** | - | | | Fees | | | | 14,930.35 |
| Account No. <br><br> **Universal Pipe & Supply** <br> **P.O. Box 2404** <br> **Joliet, IL 60434** | - | | | services | | | | 478.42 |
| Account No. <br><br> **Utility Pipe Supply, Inc** <br> **P.O. Box 731** <br> **Woodstock, IL 60098** | - | | | 03 <br> Material | | | | 1,865.17 |
| Account No. <br><br> **Valley Hydraulic Services** <br> **610 Stevenson Rd.** <br> **South Elgin, IL 60177** | - | | | 03 <br> Services | | | | 0.02 |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **23,376.96**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Victoria Nickolson**                                              ,   Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vermeer Midwest<br>2801 Beverly Dr.<br>Aurora, IL 60504** | - | | 03<br>Contract | | | | 15,714.08 |
| Account No. **825-775-083**<br><br>**Victoria Secret<br>PO Box 659728<br>San Antonio, TX 78265-9728** | - | | Merchandise | | | | 1,059.13 |
| Account No.<br><br>**Village of Gurnee<br>325 N. O Plaine Rd.<br>Gurnee, IL 60031** | - | | services | | | | 271.48 |
| Account No.<br><br>**Vulcan Construction<br>75 Remittance Dr.<br>Suite 3155<br>Chicago, IL 60675** | - | | 03<br>Material | | | | 351.93 |
| Account No.<br><br>**W.W. Graninger, Inc<br>Dept 136-85440904<br>Palatine, IL 60038** | - | | Services | | | | 42.80 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,439.42

Form B6F - Cont.
(12/03)

In re    **Victoria Nickolson**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Waste Management**<br>**P.O. Box 9001054**<br>**Louisville, KY 40290** | - | | **03**<br>**Services** | | | | 351.93 |
| Account No.<br><br>**Wesco**<br>**P.O. Box 96699**<br>**Chicago, IL 60693** | - | | **03**<br>**Services** | | | | 2,809.28 |
| Account No.<br><br>**West Side Electric Supply**<br>**1530 N. LaFox**<br>**South Elgin, IL 60177** | | | **03**<br>**Materials** | | | | 2,296.77 |
| Account No.<br><br>**West Side Tractor Sales**<br>**1400 W. Ogden Ave.**<br>**Naperville, IL 60563** | - | | **03**<br>**Equipment** | | | | 400.00 |
| Account No. **04 C 1353**<br><br>**William E. Dugan et al**<br>**c/o Patrick Ryan, Esq**<br>**200 W. Adams St. Suite 2200**<br>**Chicago, IL 60606** | - | | **04**<br>**Civil Judgement** | | | | 28,762.66 |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,620.64

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Victoria Nickolson**                                              ,   Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Wright Express<br>P.O. Box 6293<br>Carol Stream, IL 60197** | - | | | | **03<br>Materials** | | | | **8,760.02** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __30_ of _30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **8,760.02** |
| Total (Report on Summary of Schedules) | **1,526,535.18** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re      **Victoria Nickolson**                                                                                        ,    Case No. _____
                                          Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Victoria Nickolson**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

___0___  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6I
(12/03)

In re    **Victoria Nickolson** _____    Case No. _____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Divorced** | Daughter | 2 |
| | Daughter | 5 |
| | Daughter | 7 |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Broker** | |
| Name of Employer | **EJR Financial** | |
| How long employed | **6 months** | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **2,000.00** | $ **N/A** |
| Estimated monthly overtime | $ **0.00** | $ **N/A** |
| SUBTOTAL | $ **2,000.00** | $ **N/A** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **480.00** | $ **N/A** |
| b. Insurance | $ **0.00** | $ **N/A** |
| c. Union dues | $ **0.00** | $ **N/A** |
| d. Other (Specify) _____ | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **480.00** | $ **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **1,520.00** | $ **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **N/A** |
| Income from real property | $ **0.00** | $ **N/A** |
| Interest and dividends | $ **0.00** | $ **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **1,800.00** | $ **N/A** |
| Social security or other government assistance (Specify) _____ | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| Pension or retirement income | $ **0.00** | $ **N/A** |
| Other monthly income (Specify) _____ | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| TOTAL MONTHLY INCOME | $ **3,320.00** | $ **N/A** |

TOTAL COMBINED MONTHLY INCOME    $ _____ **3,320.00**    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   **Victoria Nickolson** _____   Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

O   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,400.00 |
| Are real estate taxes included?          Yes ____          No **X** | | |
| Is property insurance included?          Yes ____          No **X** | | |
| Utilities:          Electricity and heating fuel | $ | 200.00 |
|       Water and sewer | $ | 55.00 |
|       Telephone | $ | 125.00 |
|       Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 550.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 50.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's | $ | 0.00 |
|       Life | $ | 0.00 |
|       Health | $ | 0.00 |
|       Auto | $ | 0.00 |
|       Other   **Day Care** | $ | 1,100.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|       Auto | $ | 0.00 |
|       Other | $ | 0.00 |
|       Other | $ | 0.00 |
|       Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | **3,830.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |
|                    (interval) | | |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Victoria Nickolson**
_____    Case No. _____
                                    Debtor(s)    Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **43** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 1, 2005**    Signature  **/s/ Victoria Nickolson**
                                            **Victoria Nickolson**
                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Victoria Nickolson**                                        Case No.
_____        Chapter   **7**   _____
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
O

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$0.00** | **Nickolson Construction Inc.** |
| | **1/01/04 - 1/28/04** |
| **$80,000.00** | **Nickolson Construction Inc. 2002-2003** |
| **$15,000.00** | **Nickolson Construction Inc. 2003-2004** |

**2. Income other than from employment or operation of business**

None
n

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

2

### 3. Payments to creditors

None
☐
   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
○
   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Vermeer Illinois Inc. v Victoria Nickolson 04 AR K 819** | | **Circuit Court of The Eighteenth Judicial Circuit, DuPage County, Illinois** | **Pending** |
| **M. J. Electirc, Inc. v. Nickolson Construction, Inc. et al. 2004 CH 000277** | | **Circuit Court of The Eighteenth Judicial Circuit, DuPage County, Illinois** | **Pending** |
| **D'Abar Builders, Inc. Vs. Robert Nickolson & Victoria Nickolson 04 AR 23002** | | **Circuit Court of The Eighteenth Judicial Circuit, DuPage County, Illinois** | **Pending** |
| **Allstar Asphalt, Inc. v. Victoria Nickolson Case No. 04 M2 680** | | **Circuit Court of Cook County, Illinois Second Municipal District** | **Pending** |
| **Midwest Rem Enterprises, Inc. v. Victoria Nickolson et. al. Case No. 04 L 1050** | | **Circuit Court of Cook County County Department - Law Division** | **Pending** |

None
☐
   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5.  Repossessions, foreclosures and returns**

None
○
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC**<br>**PO Box 7041**<br>**Troy, MI 48007** | | **2002 Cadillac Escalade**<br>**Value $38000** |
| **GMAC**<br>**P.O Box 660208**<br>**Dallas, TX 75266** | | **Pick up Truck**<br>**Value $7750.00** |

**6.  Assignments and receiverships**

None
п
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
п
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
п
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
п
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ○ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James A. Young<br>James A. Young & Associates, Ltd.<br>47 DuPage Court<br>Elgin, IL 60120 | 1/25/04 | $1500.00 |

**10. Other transfers**

None ○ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Resource Bank<br>310 S Hwy<br>Genoa, IL 60135<br>  Secured Lein Holder | 4-04 | 33W480 Ashley Lane, Wayne IL<br>$907,000.00 |
| Resource Bank<br>310 S Hwy<br>Genoa, IL 60135<br>  Secured Lien Holder | 4-04 | 310 Maricopa Lane Hoffman Estates, IL<br>$206,000.00 |
| Resource Bank<br>310 S Hwy<br>Genoa, IL 60135<br>  Secured Lien Holder | 4-04 | 526 Park Side Circle, Streamwood, Ill<br>$174,400.00 |
| Resource Bank<br>310 S Hwy<br>Genoa, IL 60135<br>  Secured Lien Holder | 4-04 | 1429 Apache Drive, Hanover Park, IL<br>Value: $170,000 |

**11. Closed financial accounts**

None ∩ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
O

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **West Suburban Bank**<br>**3000 E. Main St.**<br>**Saint Charles, IL 60174** | **Debtor** | **Wedding Rings** | |

**13. Setoffs**

None
n

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
n

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
O

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **33 W 840 Ashley Lane,**<br>**Wayne Illinois** | | |

**16. Spouses and Former Spouses**

None
n

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
n
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
n
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
n
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
o
a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Nickolson Construction Inc.** | | **570 Stevenson Rd South Elgin, IL 60177** | **Underground Utility Construction** | **2/99 - 1/04** |

None
n
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
n
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

7

None
n

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
n

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
n

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None
n

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
n

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None
n

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
n

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None
n

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
n

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 1, 2005**                    Signature    **/s/ Victoria Nickolson**

**Victoria Nickolson**

Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Victoria Nickolson** _____

Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                          **Creditor's name**
   **-NONE-**

   *b.  Property to Be Retained*                        *[Check any applicable statement.]*

| Description of Property **-NONE-** | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|

Date **February  1, 2005** _____

Signature **/s/ Victoria Nickolson** _____

**Victoria Nickolson**
Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Victoria Nickolson**                                           Case No. _____
                                         Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept................................................. | $ | **1,500.00** |
| Prior to the filing of this statement I have received............................... | $ | **1,500.00** |
| Balance Due.................................................................................... | $ | **0.00** |

2.  $ **209.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ⌐ Debtor        ○ Other (specify): _____

4.  The source of compensation to be paid to me is:

    ⌐ Debtor        ○ Other (specify): _____

5.  ⌐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ○ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 1, 2005** _____        **/s/ James A. Young 6217342** _____
                                                        **James A. Young 6217342**
                                                        **James A. Young**
                                                        **James A. Young & Associates, Ltd.**
                                                        **47 DuPage Court**
                                                        **Elgin, IL 60120**
                                                        **(847) 608-9526   Fax: (847) 695-3494**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Victoria Nickolson**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                          **150**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 1, 2005**

**/s/ Victoria Nickolson**

**Victoria Nickolson**
Signature of Debtor

:aborers Pension fund & Welfare
c/o Patrick T. Wallace
53 W. Jackson Blvd Ste. 660
Chicago, IL 60604


A.J. Voltan LLC
c/o Manuel A. Boigues
115 S. LaSalle St.
Chicago, IL 60603


Action Mobile Industries Inc
135 S. LaSalle Dept 1642
Chicago, IL 60674


Advance Electrical Supply Co
c.o William L Kabaker & Assoc
55 E. Monroe Ste 3420
Chicago, IL 60603


Advanta Business Cards
P.O. Box 8088
Philadelphia, PA 19101


AGA Gas Inc
1800 Fifth Ave.
River Grove, IL 60171


Airborne Express
P.O. Box 8088
Philadelphia, PA 19101


All Star Asphalt
165 W. Hintz
Wheeling, IL 60090


Alternate Construction Controls
12225 Disk Dr.
Lockport, IL 60441


Amy Plumbing Heating & Cooling
58 Kimball st.
Elgin, IL 60120

Antioch Tire, Inc
440 E. Rt. 173
Antioch, IL 60002


Arc Disposal
P.O. Box 9001822
Louisville, KY 40290


ARC Disposal & Rec., Inc
2101 S. Busse Rd.
Mount Prospect, IL 60056


Arthur J. Lootens & Sons
0S551 Joliet Rd.


Barge Terminal Trucking Inc
2700 S. Robinson
Chicago, IL 60608


Batavia Can Company
P.O. Box 1593
Aurora, IL 60507


Batteries Plus
352 S. Randall Rd
Elgin, IL 60123


Beacon Transport
P.O. Box 957046
Schaumburg, IL 60195


Beverly Materials, LLC
1100 Brandt Dr.
Elgin, IL 60120


Boncosky Oil Company
dept 77-52181
Chicago, IL 60678


Boughton Trucking & Materials Inc
P.O. Box 1036
Bedford Park, IL 60499

Brock Tool Co.
1475 Louis Ave.
Elk Grove Village, IL 60007


Buckle
PO Box 659704
San Antonio, TX 78265-9704


Buona Beef, Inc
c/o Meltzer,Purtill & Stelle LLC
1515 E. Woodfield Rd.
South Holland, IL 60473


Camponella & Sons Inc
P.O. Box 32
Wadsworth, IL 60083


Capital One
P.O. Box 34631
Seattle, WA 98124


Capital One
PO Box 790216
Saint Louis, MO 63179


Catom Trucking
37W309 Keslinger Rd
Geneva, IL 60134


Chase
P.O Box 52108
Phoenix, AZ 85072-2108


City of Naperville
P.O. Box 4231
Carol Stream, IL 60197


Columbia Pipe & Supply Co
135 S.LaSalle St.
Dept 1209
Chicago, IL 60674


ComEd
Bill Payment Center
Chicago, IL 60668-0001

Communications Products
1740 W. Warren Ave.
Englewood, CO 80110


Computer Business Services
770 Peace Rd.
Dekalb, IL 60115


Computer Forms
P.O. Box 23456
Portland, OR 97281


Concrete Cutting Services
517 N. Racine
Chicago, IL 60622


Countryside Industries
29947 N. Rand Rd.
Wauconda, IL 60084


Diamond Cut Concrete Cutters Inc
327 Ferndale Ave.
Elmhurst, IL 60126


Discover
P.O Box 30395
Salt Lake City, UT 84130


Dominion East Ohio
c/o Roetzel & Andress
1375 E. Ninth St.
Cleveland, OH 44114


Dupage Topsoil Inc
P.O. Box 387
Wheaton, IL 60189


E.F. Heil LLC
c/o Kurt E. Vragel Jr. Esq
1701 E. Lake Ave. Suite 170
Glenview, IL 60025


E.F. Heil LLC
12152 S. Naperville Rd.
Plainfield, IL 60544

Earth Tool Co., LLC
Dept 59860
Milwaukee, WI 53259-0860


Eat-Teck Office Solutions
1820 Wallace Ave.
Unit 103
Saint Charles, IL 60174


Express
P.O Box 659728
San Antonio, TX 78265


Fastenal Company
P.O. Box 978
Winona, MN 55987


Federa Express
P.O. Box 94515
Palatine, IL 60094


Fence Connection
970 Villa St.
Elgin, IL 60120


Forrer Supply Co.
W194N 1181 McCormick Br.
P.O. Box 220
Germantown, WI 53022


Fox Valley Fire & Safety
1730 Berkley St.
Elgin, IL 60123


Freund International
P.O. Box 67
Huntley, IL 60142


GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

Geneva Construction Co
c/o Gary Mickey, Esq
2111 Plum St. STe 201
Aurora, IL 60506


Geneva Construction Co
P.O. Box 998
Aurora, IL 60507


Groebner & Associates, Inc
9530 Fallon Ave. NE
Monticello, MN 55362


H & H Electric Co.
2830 Commerce St.
Franklin Park, IL 60131


H.R. Stewart Inc
52 W. Crystal ST.
Cary, IL 60013


Hartman Simons Spielman & Wood
6400 Powers Ferry Rd.
Atlanta, GA 30339


Hausman Kunkel, Inc
40 Prospect
P.O. Box 72290
Roselle, IL 60172


Hedman Concrete Construction
3969 Sunset Ln
Northbrook, IL 60062


Hertz Equipment Rental
P.O. Box 263900
Oklahoma City, OK 73126


Highway Safety Corp
1756 Armitage Ct.
Addison, IL 60101


Illinois Dept of Revenue
Springfield, IL 62776

Illinois Dept. of Revenue
P.O. Box 19045
Springfield, IL 62796-0001


Illinois State Highway Dept
2700 Ogden
Downers Grove, IL 60515


Independent Equipment Services
P.O. Box 893
South Elgin, IL 60177


Ingersoll-Rand
P.O. Box 951394


ISCO Industries
926 Baxter Ave.
P.O. Box 4545
Louisville, KY 40204


Joseph D. Foreman & Co.
28102 W. Industrial Ave.
Barrington, IL 60010


Kantex Industries
115 N. Emma
P.O. Box 2161
Olathe, KS 66051


Kieft Brothers
837 S. Riverside Dr.
Elmhurst, IL 60126


Kohl's
P.O Box 2983
Milwaukee, WI 53201-2983


Kooiker Development
c/o David Finn Esq
200 E. Northwest Hwy. #200
Palatine, IL 60067


Landscape Creations co
1800 33rd St.
Zion, IL 60099

Leach Enterprises, Inc
4304 Rt 176
Crystal Lake, IL 60014


Lee Jensen Sales
c/o Koviz Shifrin Nesbit
750 Lake Cook Rd. Ste 350
Buffalo Grove, IL 60089


Lincoln Co.
911 W Sullivan Rd.
Aurora, IL 60506


M.J. Electric, Inc
c/o Bryce Downey, LLC
312 W. Randolph  Ste 200
Chicago, IL 60606


Manifest Funding Services
P.O. Box 5179
Sioux Falls, SD 57117


Mason Equipment Service, Inc
3309 E. 25th Rd.
Marseilles, IL 61341


Massie Jet-Vac Service
P.O. Box 532
Streator, IL 61364


MBNA
PO Box 15288
Wilmington, DE 19886


McCann Industries
c/o Nigro & Westfall PC
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


McCann Industries Inc
543 Rowling Rd.
Addison, IL 60101

McLeod USA
P.O. Box 3243
Milwaukee, WI 53201


McMater-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60693


Metra
547 W. Jackson Blvd
Chicago, IL 60661


Meyer Material Co.
P.O. Box 511
1819 N Dot St.
Mchenry, IL 60051


Midway Truck Parts
7400 W. 87th St.
Bridgeview, IL 60455


Midwest Chlorinating & Testing
420 S. Western Ave.
Bartlett, IL 60103


Midwest REM Enterprises
c/o Ernest Koehler, Esq.
111 . Washington Ste 1251
Chicago, IL 60602


Midwest REM Enterprises, Inc
P.O. Box 87166
Carol Stream, IL 60188


Mobil
PO Box 4598
Carol Stream, IL 60197


Nagel Trucking & Materials
c/o Kurt E. Vragel Jr., Esq
1701 E Lake Ave. Suite 170
Glenview, IL 60025

Nagel Trucking & Materials, Inc
1043 Paramount Parkway
Batavia, IL 60510

Napa Auto & Truck Parts
1100 W. Spring St.
South Elgin, IL 60177

National Construction Rentals
P.O. Box 4503
Pacoima, CA 91333

National Seed Co.
5300 Katrine Ave
Downers Grove, IL 60515

National Waterworks
220 S. Westgate Drive
Carol Stream, IL 60188

NES Traffic Safety, LP
12225 Disk Drive
Romeoville, IL 60446

Nextel Communications
P.O Box 4191
Carol Stream, IL 60197

Nicor Gas
P.O Box 310
Aurora, IL 60507

Nopal Construction
1699 Park Ave
Hanover Park, IL 60133

Northern Safety Co.
P.O. Box 13504
Utica, NY 13504

Northfield  Plumbing
1749 B Harding Rd.
Winnetka, IL 60093

Northwest Ford & Sterling Truck
4000 N. Mannheim RD
Franklin Park, IL 60131


O'Shea Asphalt
10S244 Schoger Drive
Unit A
Naperville, IL 60564


Onyx Waste System
135 S. LaSalle  Dept 8181
Chicago, IL 60674


Patten Industries
635 W. Lake St.
Elmhurst, IL 60126


Patten Industries Inc
c/o Wolfe,Wolfe & Ryd
20 North Wacker Dr. Ste 3550
Chicago, IL 60606


Payline West, Inc
225 North Randall Rd.
Saint Charles, IL 60174


Peoples Energy
Attn: Ted A. Andersen
3001 Grand Ave.
Waukegan, IL 60085


Peter Baker & Sons Co.
P.O. Box 187
Lake Bluff, IL 60044


Porter Pipe & Supply Co
35049 Eagle Way
Chicago, IL 60678


Powell Inc
13546 Rockland Rd.
Lake Bluff, IL 60044

R&J Construction
30W180 Butterfield Rd
Warrenville, IL 60555


Rental Max
908 E. Roosevelt Rd.
Wheaton, IL 60187


Rivera Irrigation Co
2827 Jethro Ct.
Zion, IL 60099


Riverside Auto Parts
c/o Mark Schsuter, Esq.
1250 Larkin Ave. #100
Elgin, IL 60123


Rockford Ind. Welding Supply
4646 Linden Rd.
Rockford, IL 61109


Rockford Rigging, Inc
5401 Main St.
Roscoe, IL 61073


Roland Machinery Co
NW 7899
P.O. Box 1450
Minneapolis, MN 55485


Rolewick & Gutzke
1776 S. Naperville Rd.
Suite 104A
Wheaton, IL 60187


Safety Supply Illinois
695 Sundown Rd
South Elgin, IL 60177


Service Master
25 W. North Ave.
Villa Park, IL 60181

Signs By Tomorrow
1024 N. McLean Blvd
Elgin, IL 60123


State of Illinois
160 North LaSalle  Ste c-1300
Chicago, IL 60601


Steiner Electric
1250 Touhy Ave.
Elk Grove Village, IL 60007


Steiner Electric
2665 Payshere Circle
Chicago, IL 60674


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384


Tardella & Company
11 S. Second
Ste 2
Saint Charles, IL 60174


Target
PO Box 59317
Minneapolis, MN 55459-0317


Traffic Control & Protection
31W625 Smith Rd
West Chicago, IL 60185


Traffic Service Inc
2260 Southwind Blvd
Bartlett, IL 60103


United Rentals
525 Julie Rivers Dr.
Suite 200
Sugar Land, TX 77478


Universal Pipe & Supply
P.O. Box 2404
Joliet, IL 60434

Utility Pipe Supply, Inc
P.O. Box 731
Woodstock, IL 60098


Valley Hydraulic Services
610 Stevenson Rd.
South Elgin, IL 60177


Vermeer Midwest
2801 Beverly Dr.
Aurora, IL 60504


Victoria Secret
PO Box 659728
San Antonio, TX 78265-9728


Village of Gurnee
325 N. O Plaine Rd.
Gurnee, IL 60031


Vulcan Construction
75 Remittance Dr.
Suite 3155
Chicago, IL 60675


W.W. Graninger, Inc
Dept 136-85440904
Palatine, IL 60038


Waste Management
P.O. Box 9001054
Louisville, KY 40290


Wesco
P.O. Box 96699
Chicago, IL 60693


West Side Electric Supply
1530 N. LaFox
South Elgin, IL 60177


West Side Tractor Sales
1400 W. Ogden Ave.
Naperville, IL 60563

William E. Dugan et al
c/o Patrick Ryan, Esq
200 W. Adams St. Suite 2200
Chicago, IL 60606


Wright Express
P.O. Box 6293
Carol Stream, IL 60197

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)      the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)      the effect of receiving a discharge of debts
(3)      the effect of reaffirming a debt; and
(4)      your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

/s/ Victoria Nickolson                                  February  1, 2005
Debtor's Signature                                       Date