## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable __Manuel Barbosa__          Hearing Date ___8/24/06___

Bankruptcy Case No. __05-03140__

Title of Case __Victoria Nickolson__

Brief
Statement of     __Trustee's Motion to Terminate Hearing for Approval of Final Report and Related Matters__
Motion

Names and
Addresses of     __Roy Safanda, Safanda Law Firm, 111 East Side Drive, Geneva, IL  60134-2402, (630) 262-1761__
moving
counsel

Representing __Trustee__

### ORDER

Trustee having reported the potential for additional assets, hearing for approval of Final Report is

terminated.  Trustee will be required to file Amended Final Report with appropriate notice upon

conclusion of his administration

AUG 2 4 2006

6/11/99