**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| VICTORIA NICKOLSON, | ) CASE NO. 05-03140 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

**PROPOSED DISTRIBUTION REPORT**

I, <u>ROY SAFANDA</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $ 10,582.56 |
| Chapter 11 Administrative Expenses: | $ -0- |
| Priority Claims (507(a)(3)-(a)(6): | $ -0- |
| Secured Tax Liens: | $ -0- |
| Priority Tax Claims: | $ -0- |
| General Unsecured Claims: | $ 95,819.43 |
| Other: _____ | $ -0- |
| _____ | $ -0- |
| _____ | $ -0- |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>   $ 106,401.99

**EXHIBIT D**

DISTRIBUTION REPORT    PAGE 2 OF 8

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 10,582.56 | 100% |

| CLAIM NO.    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Trustee's fees requested | $ 8,323.96 | $ 8,323.96 |
| Trustee's costs requested | 127.35 | 127.35 |
| Trustee attny' fees requested | 2,131.25 | 2,131.25 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses | $    -0- | |

| CLAIM NO.    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

DISTRIBUTION REPORT  - (CONT'D)    PAGE 3 of 8

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to Section 502(f) | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(4) - Contributions to Employee Benefit Plans | $   -0- | |

<u>DISTRIBUTION REPORT</u> - CONT'D                    PAGE 4 OF 8

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **6. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000 | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **7. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(6) - Deposits by consumers to the extent of $1,800 | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

<u>DISTRIBUTION REPORT</u> - CONT'D                PAGE 5 OF 8

| **8. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND (%)** |
|---|---|---|
| Sec. 507(A)(7) - Alimony, Maintenance and Support | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **9. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 724(b) Tax Liens | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **10. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(8) - Tax claims excluding fines and penalties | -0- | 0% |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

<u>DISTRIBUTION REPORT</u> - CONT'D                                PAGE 6 OF 8

| **11. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND (%)** |
|---|---|---|
| Sec. 507(a)(9) - Capital commitments to Federal Depository Institutions | $ -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **12. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 608,582.44 | 16% |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| See attached sheet. | | | |

| **13. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(3) - Late unsecured claims. | $ 15,070.46 | -0- |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| 029 | NES Traf. Safety | $15,070.46 | -0- |

<u>DISTRIBUTION REPORT</u> - CONT'D                                  PAGE 7 OF 8

| **14. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(4) - Fines/ Penalties | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **15. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(5) - Interest | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND (%)** |
|---|---|---|
| Sec. 726(a)(6) - Surplus To Debtor | $   -0- | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D.              PAGE 8 OF 8

    The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NO. | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 004 | Beverly Materials | 941.91 | Disallowed |
| Secured | 006 | Steiner Elec. | 2,432.59 | Disallowed |
| Priority | 018 | Catom Trucking | 4,998.43 | Disallowed |

    **WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____
                                                      Trustee