## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
## 219 SOUTH DEARBORN ST. CHICAGO, IL 60604

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| VICTORIA NICKOLSON, | ) CASE NO. 05-03140 |
| | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtor. | ) |

## SECOND AMENDED NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.	NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held:

	At:  Kane County Courthouse, 100 S. 3rd St., Courtroom 140, Geneva, IL 60134

	On:  **October 4, 2007**	Time:  **10:00 a.m.**

2.	The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.	The trustee's Final Report shows total:

	Receipts	$	111,479.35

	Disbursements	$	5,077.36

	Net Cash Available for Distribution	$	106,401.99

4.	Applications for Chapter 7 fees and administrative expenses have been filed as

follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee | $-0- | $8,323.99 | $127.35 |
| Attny for Trustee | $-0- | $2,131.25 | $-0- |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $___-0-___, must be paid in full for there to be any dividend to general unsecured creditors.   The priority dividend is anticipated to be _____-0-___%.

Allowed priority claims are: None.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

7.      Claims of general unsecured creditors totaling $ 608,582.44 ___ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 16%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| See attached | | $ | $ |

8.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.   Debtor has been discharged.

11.   The Trustee proposed to abandon the following property at the hearing:
      Jewelry, $650.00

Dated:  **October 1, 2007**          For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the U.S. Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor
                                      Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM ALLOWED ($) | AMOUNT OF DIVIDEND $42,800.71 |
|---|---|---|---|
| 001 | Allstar Asphalt Inc. | 4,572.15 | 719.87 |
| 002 | Concrete Cutting Services | 1,996.20 | 314.30 |
| 003 | Kieft Brothers | 14,818.16 | 2,333.07 |
| 005 | Safety Supply Illinois | 97.77 | 15.40 |
| 007 | Utility Pipe Supply, Inc. | 1,889.51 | 297.50 |
| 008 | World Fin. Network NB | 185.26 | 29.17 |
| 009 | World Fin. Network NB | 184.03 | 28.97 |
| 010 | World Fin. Network NB | 1,140.64 | 179.59 |
| 011 | NAPA Auto & Truck Pts | 2,463.35 | 387.85 |
| 012 | Communications Prod. | 2,673.87 | 420.99 |
| 013 | Computer Forms | 814.50 | 128.24 |
| 014 | Chase Manhattan Bank | 16,900.10 | 2,660.87 |
| 015 | Discover Bank | 10,423.46 | 1,641.14 |
| 016 | West Side Electric Supply | 2,413.52 | 380.00 |
| 017 | DuPage Topsoil, Inc. | 713.03 | 112.26 |
| 019 | Vermeer Midwest | 34,792.96 | 5,478.04 |
| 020 | Midway Truck Parts | 580.00 | 91.32 |
| 021 | MBNA America Bank | 16,418.47 | 2,585.04 |
| 022 | Kohl's Dept. Store | 286.49 | 45.11 |
| 023 | Wright Express | 16,463.57 | 2,592.14 |
| 024 | Linde Gas LLC | 766.32 | 120.65 |
| 025 | Capital Indemnity Corp. | 426,954.15 | 67,222.62 |
| 026 | Massie Jet-Vac Srvs | 12,700.00 | 1999.58 |
| 027 | Advanta Bank Corp. | 24,408.88 | 3843.10 |
| 028 | Powell, Inc. | 13,926.05 | 2,192.61 |
| | | $608,582.44 | $95,819.43 |

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7          Page 1 of 3          Date Rcvd: Oct 01, 2007
Case: 05-03140               Form ID: pdf002       Total Served: 161
```

The following entities were served by first class mail on Oct 03, 2007.
```
db          +Victoria Nickolson,   1095 Adrianne Dr.,   South Elgin, IL 60177-3101
aty         +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty         +James A Young,   James A Young & Associates, Ltd.,   47 DuPage Court,   Elgin, IL 60120-6421
tr          +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
8895218     +:aborers Pension fund & Welfare,   c/o Patrick T. Wallace,   53 W. Jackson Blvd Ste. 660,
             Chicago, IL 60604-3453
8895219     +A.J. Voltan LLC,   c/o Manuel A. Boigues,   115 S. LaSalle St.,   Chicago, IL 60603-3801
8895223     +AGA Gas Inc,   1800 Fifth Ave.,   River Grove, IL 60171-1905
8895230     +ARC Disposal & Rec., Inc,   2101 S. Busse Rd.,   Mount Prospect, IL 60056-5566
8895220     +Action Mobile Industries Inc,   135 S. LaSalle Dept 1642,   Chicago, IL 60674-0001
8895221     +Advance Electrical Supply Co,   c.o William L Kabaker & Assoc,   55 E. Monroe Ste 3420,
             Chicago, IL 60603-5870
9472272      Advanta Bank Corp,   Welsh & McKean Rds,   P O Box 844,   Spring House, PA 19477-0844
8895222     +Advanta Business Cards,   P.O. Box 8088,   Philadelphia, PA 19101-8088
8895224     +Airborne Express,   P.O. Box 8088,   Philadelphia, PA 19101-8088
8895225     +All Star Asphalt,   165 W. Hintz,   Wheeling, IL 60090-5753
8969756     +Allstar Asphalt Inc,   Kurt E Vragel Jr,   1701 E Lake Ave Ste 170,   Glenview, Il 60025-2085
8895226     +Alternate Construction Controls,   12225 Disk Dr.,   Lockport, IL 60446-1190
8895227     +Amy Plumbing Heating & Cooling,   58 Kimball st.,   Elgin, IL 60120-3575
8895228     +Antioch Tire, Inc,   440 E. Rt. 173,   Antioch, IL 60002-7265
8895229     +Arc Disposal,   P.O. Box 9001822,   Louisville, KY 40290-1822
8895232     +Barge Terminal Trucking Inc,   2700 S. Robinson,   Chicago, IL 60608-5325
8895233     +Batavia Can Company,   P.O. Box 1593,   Aurora, IL 60507-1593
8895234     +Batteries Plus,   352 S. Randall Rd,   Elgin, IL 60123-5525
8895235     +Beacon Transport,   P.O. Box 957046,   Schaumburg, IL 60195-7046
8895236     +Beverly Materials, LLC,   1100 Brandt Dr.,   Elgin, IL 60192-1676
8895237     +Boncosky Oil Company,   dept 77-52181,   Chicago, IL 60678-0001
8895238     +Boughton Trucking & Materials Inc,   P.O. Box 1036,   Bedford Park, IL 60499-1036
8895239     +Brock Tool Co.,   1475 Louis Ave.,   Elk Grove Village, IL 60007-2393
8895240      Buckle,   PO Box 659704,   San Antonio, TX 78265-9704
8895241      Buona Beef, Inc,   c/o Meltzer,Purtill & Stelle LLC,   1515 E. Woodfield Rd.,
             South Holland, IL 60473
8895242     +Camponella & Sons Inc,   P.O. Box 32,   Wadsworth, IL 60083-0032
8895243     +Capital One,   P.O. Box 34631,   Seattle, WA 98124-1631
8895244     +Capital One,   PO Box 790216,   Saint Louis, MO 63179-0216
9371511     +Capitol Indemnity Corporation,   John E Sebastian,   Hinshaw & Culbertson LLC,
             222 North Lasalle,   Chicago, Il 60601-1081
8895245     +Catom Trucking,   37W309 Keslinger Rd,   Geneva, IL 60134-3914
8895246      Chase,   P.O Box 52108,   Phoenix, AZ 85072-2108
9191621     +Chase Manhattan Bank USA NA,   Attn Recovery Payment,   500 White Clay Center Dr,
             Newark, DE 19711-5469
8895247     +City of Naperville,   P.O. Box 4231,   Carol Stream, IL 60197-4231
8895248     +Columbia Pipe & Supply Co,   135 S.LaSalle St.,   Dept 1209,   Chicago, IL 60674-0001
8895250     +Communications Products,   1740 W. Warren Ave.,   Englewood, CO 80110-7708
8895251     +Computer Business Services,   770 Peace Rd.,   Dekalb, IL 60115-8498
8895252     +Computer Forms,   P.O. Box 23456,   Portland, OR 97281-3456
8895253     +Concrete Cutting Services,   517 N. Racine,   Chicago, IL 60622-5843
8895254     +Countryside Industries,   29947 N. Rand Rd.,   Wauconda, IL 60084-3112
8895255     +Diamond Cut Concrete Cutters Inc,   327 Ferndale Ave.,   Elmhurst, IL 60126-2101
8895257     +Dominion East Ohio,   c/o Roetzel & Andress,   1375 E. Ninth St.,   Cleveland, OH 44114-1739
8895258     +Dupage Topsoil Inc,   P.O. Box 387,   Wheaton, IL 60189-0387
8895260      E.F. Heil LLC,   12152 S. Naperville Rd.,   Plainfield, IL 60544
8895259     +E.F. Heil LLC,   c/o Kurt E. Vragel Jr. Esq,   1701 E. Lake Ave. Suite 170,
             Glenview, IL 60025-2085
8895261     +Earth Tool Co., LLC,   Dept 59860,   Milwaukee, WI 53259-0001
8895262     +Eat-Teck Office Solutions,   1820 Wallace Ave.,   Unit 103,   Saint Charles, IL 60174-3413
8895263     +Express,   P.O Box 659728,   San Antonio, TX 78265-9728
8895264     +Fastenal Company,   P.O. Box 978,   Winona, MN 55987-0978
8895265     +Federa Express,   P.O. Box 94515,   Palatine, IL 60094-4515
8895266     +Fence Connection,   970 Villa St.,   Elgin, IL 60120-8147
8895267     +Forrer Supply Co.,   W194N 1181 McCormick Br.,   P.O. Box 220,   Germantown, WI 53022-0220
8895268     +Fox Valley Fire & Safety,   1730 Berkley St.,   Elgin, IL 60123-7030
8895269     +Freund International,   P.O. Box 67,   Huntley, IL 60142-0067
8895270     +GC Services Limited Partnership,   Collection Agency Division,   6330 Gulfton,
             Houston, TX 77081-1108
8895271     +Geneva Construction Co,   c/o Gary Mickey, Esq,   2111 Plum St. STe 201,   Aurora, IL 60506-3268
8895272     +Geneva Construction Co,   P.O. Box 998,   Aurora, IL 60507-0998
8895273     +Groebner & Associates, Inc,   9530 Fallon Ave. NE,   Monticello, MN 55362-8315
8895274     +H & H Electric Co.,   2830 Commerce St.,   Franklin Park, IL 60131-2927
8895275     +H.R. Stewart Inc,   52 W. Crystal ST.,   Cary, IL 60013-2792
8895276     +Hartman Simons Spielman & Wood,   6400 Powers Ferry Rd.,   Atlanta, GA 30339-2907
8895277     +Hausman Kunkel, Inc,   40 Prospect,   P.O. Box 72290,   Roselle, IL 60172-0290
8895278     +Hedman Concrete Construction,   3969 Sunset Ln,   Northbrook, IL 60062-1806
8895279      Hertz Equipment Rental,   P.O. Box 263900,   Oklahoma City, OK 73126
8895280     +Highway Safety Corp,   1756 Armitage Ct.,   Addison, IL 60101-4227
8895286     +ISCO Industries,   926 Baxter Ave.,   P.O. Box 4545,   Louisville, KY 40204-0545
8895281     +Illinois Dept of Revenue,   Springfield, IL 62776-0001
8895282      Illinois Dept. of Revenue,   P.O. Box 19045,   Springfield, IL 62796-0001
8895283     +Illinois State Highway Dept,   2700 Ogden,   Downers Grove, IL 60515-1703
8895284      Independent Equipment Services,   P.O. Box 893,   South Elgin, IL 60177
8895287     +Joseph D. Foreman & Co.,   28102 W. Industrial Ave.,   Barrington, IL 60010
8895288     +Kantex Industries,   115 N. Emma,   P.O. Box 2161,   Olathe, KS 66051-2161
8895289     +Kieft Brothers,   837 S. Riverside Dr.,   Elmhurst, IL 60126-4964
```

```
District/off: 0752-1          User: amcc7              Page 2 of 3                Date Rcvd: Oct 01, 2007
Case: 05-03140               Form ID: pdf002          Total Served: 161
```

```
8895290    +Kohl's Dept Store,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
8895291    +Kooiker Development,   c/o David Finn Esq,   200 E. Northwest Hwy. #200,
            Palatine, IL 60067-8115
8895292    +Landscape Creations co,   1800 33rd St.,   Zion, IL 60099-3509
8895293    +Leach Enterprises, Inc,   4304 Rt 176,   Crystal Lake, IL 60014-3799
8895294    +Lee Jensen Sales,   c/o Koviz Shifrin Nesbit,   750 Lake Cook Rd. Ste 350,
            Buffalo Grove, IL 60089-2088
8895295    +Lincoln Co.,   911 W Sullivan Rd.,   Aurora, IL 60506-1116
9381772     Linde Gas LLC,   P O Box 94737,   Cleveland, OH 44101-4737
8895296    +M.J. Electric, Inc,   c/o Bryce Downey, LLC,   312 W. Randolph  Ste 200,   Chicago, IL 60606-1757
8895300    +MBNA America Bank NA,   P O Box 15168 MS 1423,   Wilmington, DE 19850-5168
8895297     Manifest Funding Services,   P.O. Box 5179,   Sioux Falls, SD 57117
8895298    +Mason Equipment Service, Inc,   3309 E. 25th Rd.,   Marseilles, IL 61341-9478
8895299    +Massie Jet-Vac Service,   P.O. Box 532,   Streator, IL 61364-0532
8895301    +McCann Industries,   c/o Nigro & Westfall PC,   1793 Bloomingdale Rd.,
            Glendale Heights, IL 60139-3800
8895302    +McCann Industries Inc,   543 Rowling Rd.,   Addison, IL 60101-4284
8895303    +McLeod USA,   P.O. Box 3243,   Milwaukee, WI 53201-3243
8895304    +McMater-Carr Supply Co.,   P.O. Box 7690,   Chicago, IL 60693-0001
8895305    +Metra,   547 W. Jackson Blvd,   Chicago, IL 60661-5717
8895306    +Meyer Material Co.,   P.O. Box 511,   1819 N Dot St.,   Mchenry, IL 60050-6567
8895307    +Midway Truck Parts,   7400 W. 87th St.,   Bridgeview, IL 60455-1881
8895308    +Midwest Chlorinating & Testing,   420 S. Western Ave.,   Bartlett, IL 60103-4579
8895309    +Midwest REM Enterprises,   c/o Ernest Koehler, Esq.,   111 . Washington Ste 1251,
            Chicago, IL 60602-3473
8895310    +Midwest REM Enterprises, Inc,   P.O. Box 87166,   Carol Stream, IL 60188-7166
8895311    +Mobil,   PO Box 4598,   Carol Stream, IL 60197-4598
8895318     NES Traffic Safety, LP,   dba ACCI and Alternate Construction Cont,   Romeoville, IL 60446
8895312    +Nagel Trucking & Materials,   c/o Kurt E. Vragel Jr., Esq,   1701 E Lake Ave. Suite 170,
            Glenview, IL 60025-2085
8895313    +Nagel Trucking & Materials, Inc,   1043 Paramount Parkway,   Batavia, IL 60510-1454
8895314    +Napa Auto & Truck Parts,   1100 W. Spring St.,   South Elgin, IL 60177-1453
8895315    +National Construction Rentals,   P.O. Box 4503,   Pacoima, CA 91333-4503
8895316    +National Seed Co.,   5300 Katrine Ave,   Downers Grove, IL 60515-4049
8895317    +National Waterworks,   220 S. Westgate Drive,   Carol Stream, IL 60188-2243
8895319    +Nextel Communications,   P.O Box 4191,   Carol Stream, IL 60197-4191
8895321    +Nopal Construction,   1699 Park Ave,   Hanover Park, IL 60133-3610
8895322     Northern Safety Co.,   P.O. Box 13504,   Utica, NY 13504
8895323     Northfield  Plumbing,   1749 B Harding Rd.,   Winnetka, IL 60093
8895324    +Northwest Ford & Sterling Truck,   4000 N. Mannheim RD,   Franklin Park, IL 60131-1262
8895325    +O'Shea Asphalt,   10S244 Schoger Drive,   Unit A,   Naperville, IL 60564-8261
8895326    +Onyx Waste System,   135 S. LaSalle  Dept 8181,   Chicago, IL 60674-0001
8895327    +Patten Industries,   635 W. Lake St.,   Elmhurst, IL 60126-1465
8895328    +Patten Industries Inc,   c/o Wolfe,Wolfe & Ryd,   20 North Wacker Dr. Ste 3550,
            Chicago, IL 60606-3187
8895329    +Payline West, Inc,   225 North Randall Rd.,   Saint Charles, IL 60174-1524
8895330    +Peoples Energy,   Attn: Ted A. Andersen,   3001 Grand Ave.,   Waukegan, IL 60085-2320
8895331    +Peter Baker & Sons Co.,   P.O. Box 187,   Lake Bluff, IL 60044-0187
8895332    +Porter Pipe & Supply Co,   35049 Eagle Way,   Chicago, IL 60678-0001
8895333    +Powell Inc,   13546 Rockland Rd.,   Lake Bluff, IL 60044-1463
8895334    +R&J Construction,   30W180 Butterfield Rd,   Warrenville, IL 60555-1561
8895335    +Rental Max,   908 E. Roosevelt Rd.,   Wheaton, IL 60187-5651
8895336    +Rivera Irrigation Co,   2827 Jethro Ct.,   Zion, IL 60099-4225
8895337    +Riverside Auto Parts,   c/o Mark Schsuter, Esq.,   1250 Larkin Ave. #100,   Elgin, IL 60123-6078
8895338    +Rockford Ind. Welding Supply,   4646 Linden Rd.,   Rockford, IL 61109-3300
8895339     Rockford Rigging, Inc,   5401 Main St.,   Roscoe, IL 61073
8895340    +Roland Machinery Co,   NW 7899,   P.O. Box 1450,   Minneapolis, MN 55485-1450
8895341    +Rolewick & Gutzke,   1776 S. Naperville Rd.,   Suite 104A,   Wheaton, IL 60187-8133
8895342    +Safety Supply Illinois,   695 Sundown Rd,   South Elgin, IL 60177-1185
8895343    +Service Master,   25 W. North Ave.,   Villa Park, IL 60181-1249
8895344    +Signs By Tomorrow,   1024 N. McLean Blvd,   Elgin, IL 60123-1709
8895345    +State of Illinois,   160 North LaSalle  Ste c-1300,   Chicago, IL 60601-3114
8895346    +Steiner Electric,   1250 Touhy Ave.,   Elk Grove Village, IL 60007-4985
8895347    +Steiner Electric,   2665 Payshere Circle,   Chicago, IL 60674-0026
8895348    +Sunbelt Rentals,   P.O. Box 409211,   Atlanta, GA 30384-9211
8895349    +Tardella & Company,   11 S. Second,   Ste 2,   Saint Charles, IL 60174-1941
8895350     Target,   PO Box 59317,   Minneapolis, MN 55459-0317
8895351    +Traffic Control & Protection,   31W625 Smith Rd,   West Chicago, IL 60185-1033
8895352    +Traffic Service Inc,   2260 Southwind Blvd,   Bartlett, IL 60103-1304
8895353    +United Rentals,   525 Julie Rivers Dr.,   Suite 200,   Sugar Land, TX 77478-2845
8895354    +Universal Pipe & Supply,   P.O. Box 2404,   Joliet, IL 60434-2404
8895355    +Utility Pipe Supply, Inc,   P.O. Box 731,   Woodstock, IL 60098-0731
8895356    +Valley Hydraulic Services,   610 Stevenson Rd.,   South Elgin, IL 60177-1133
8895357    +Vermeer Midwest,   Dreyer Foote Streit Furgason & Slocum,   1999 West Downer Place,
            Aurora, Il 60506-4776
8895358     Victoria Secret,   PO Box 659728,   San Antonio, TX 78265-9728
8895359    +Village of Gurnee,   325 N. O Plaine Rd.,   Gurnee, IL 60031-2610
8895360    +Vulcan Construction,   75 Remittance Dr.,   Suite 3155,   Chicago, IL 60675-3155
8895361    +W.W. Graninger, Inc,   Dept 136-85440904,   Palatine, IL 60038-0001
8895362    +Waste Management,   P.O. Box 9001054,   Louisville, KY 40290-1054
8895363    +Wesco,   P.O. Box 96699,   Chicago, IL 60693-0001
8895364    +West Side Electric Supply,   1530 N. LaFox,   South Elgin, IL 60177-1224
8895365    +West Side Tractor Sales,   1400 W. Ogden Ave.,   Naperville, IL 60563-3964
```

```
District/off: 0752-1            User: amcc7              Page 3 of 3                Date Rcvd: Oct 01, 2007
Case: 05-03140                  Form ID: pdf002          Total Served: 161


8895366      +William E. Dugan et al,   c/o Patrick Ryan, Esq,   200 W. Adams St. Suite 2200,
              Chicago, IL 60606-5231
9159534      +World Financial Network National Bank,   The Buckle,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9159536      +World Financial Network National Bank,   Victorias Secret,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9159535      +World Financial Network National Bank,   Express,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
8895367      +Wright Express,   Financial Services,   P O Box 639,   Portland, ME 04104-0639
The following entities were served by electronic transmission on Oct 02, 2007.
9472272       E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 02 2007 04:02:25     Advanta Bank Corp,
              Welsh & McKean Rds,   P O Box 844,   Spring House, PA 19477-0844
8895222      +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 02 2007 04:02:25
              Advanta Business Cards,   P.O. Box 8088,   Philadelphia, PA 19101-8088
8895249       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                       ComEd,
              Bill Payment Center,   Chicago, IL 60668-0001
8895256       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2007 04:30:19     Discover,   P.O Box 30395,
              Salt Lake City, UT 84130
9198916       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2007 04:30:19     Discover Bank,
              Discover Financial Services,   P O Box 8003,   Hilliard, OH 43026
8895300      +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 02 2007 04:02:34
              MBNA America Bank NA,   P O Box 15168 MS 1423,   Wilmington, DE 19850-5168
8895320      +E-mail/Text: bankrup@nicor.com                             Nicor Gas,   P.O Box 310,
              Aurora, IL 60507-0310
                                                                               TOTAL: 7


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8895231       Arthur J. Lootens & Sons,   0S551 Joliet Rd.
8895285       Ingersoll-Rand,   P.O. Box 951394
aty*         +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
                                                                               TOTALS: 2, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2007**                    **Signature:**        _Joseph Speetjens_