# CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. 05-03140
Case Name: Nickolson
Taxpayer ID#: 20-2579182
For Period Ending: 12/31/07

Trustee Name: Roy Safanda
Bank Name: Old Second National Bank
Checking Acct #: 700007026
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | Checking Account Balance |
| 10/28/05 | 7 | Nickolson Trust | Settlement | 2300-00X | 500.00 | | 500.00 |
| 02/27/06 | 1001 | Inter. Secur. | Bond Premium | 2300-00X | | 35.52 | 464.48 |
| 02/03/07 | 1002 | " | " | 2300-00X | | 41.84 | 422.64 |
| 03/02/07 | 9 | Tardella | Tax Refund | 1224-00X | 41,261.48 | | 41,684.12 |
| 03/02/07 | 1003 | " | Tax Prepar. Per Order | 3410-00X | | 5,000.00 | 36,684.12 |
| 03/05/07 | Tele-Trans | Old 2nd NB | Transfer to MM | 9999-000 | | 36,000.00 | 684.12 |
| 10/04/07 | " | " | Redeem MM | | 106,952.36 | | 107,636.48 |
| 10/24/07 | 1004 | Allstar Asphalt | Final Dividend | 7100-00X | | 729.15 | 106,907.33 |
| 10/24/07 | 1005 | Concrete Cutting Serv. | " | 7100-00X | | 318.34 | 106,588.99 |
| 10/24/07 | 1006 | Kieft Brothers | " | 7100-00X | | 2,363.13 | 104,225.86 |
| 10/24/07 | 1007 | Safety Supply | " | 7100-00X | | 15.59 | 104,210.27 |
| 10/24/07 | 1008 | Utility Pipe Supply | " | 7100-00X | | 301.33 | 103,908.94 |
| 10/24/07 | 1009 | World Fin. Network | " | 7100-00X | | 29.54 | 103,879.40 |
| 10/24/07 | 1009 | World Fin. Network | " | 7100-00X | | 29.35 | 103,850.05 |
| 10/24/07 | 1009 | World Fin. Network | " | 7100-00X | | 181.90 | 103,668.15 |
| 10/24/07 | 1010 | World Fin. Network | " | 7100-00X | | 392.84 | 103,275.31 |
| 10/24/07 | 1011 | NAPA Auto & Truck Parts | " | 7100-00X | | 426.42 | 102,848.89 |
| 10/24/07 | 1012 | Communications Prod. | " | 7100-00X | | 129.89 | 102,719.00 |
| 10/24/07 | 1013 | Computer Forms | " | 7100-00X | | 2,695.15 | 100,023.85 |
| 10/24/07 | 1014 | Chase Manhattan Bank | " | 7100-00X | | 1,662.29 | 98,361.56 |
| 10/24/07 | 1015 | Discover Bank | " | 7100-00X | | 384.90 | 97,976.66 |
| 10/24/07 | 1016 | West Side Elect. Supply | " | 7100-00X | | 113.71 | 97,862.95 |
| | | DuPage Topsoil | " | 7100-00X | | | |

COLUMN TOTALS
Less: Bank transfers/CDs
Subtotal $148,713.84    $50,850.89
Less: Payments to debtors
Net    $97,862.95

# CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. 05-03140
Case Name: Nickolson
Taxpayer ID#: 20-2579182
For Period Ending: 12/31/07

Trustee Name: Roy Safanda
Bank Name: Old Second National Bank
Checking Acct #: 7000007026
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable): ___

| 1 Transaction | 2 Check or Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposit $ | 6 Disbursement $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/07 | | Balance forwarded | | | 148,713.84 | | 97,862.95 |
| 10/24/07 | 1017 | Vermeer Midwest | Final Dividend | 7100-00X | | 50,850.89 | 97,862.95 |
| 10/24/07 | 1018 | Midway Truck Parts | " | 7100-00X | | 5,548.62 | 92,314.33 |
| 10/24/07 | 1019 | MBNA America Bank | " | 7100-00X | | 92.50 | 92,221.83 |
| 10/24/07 | 1020 | Kohl's Dept. Store | " | 7100-00X | | 2,618.34 | 89,603.49 |
| 10/24/07 | 1021 | Wright Express | " | 7100-00X | | 45.69 | 89,557.80 |
| 10/24/07 | 1022 | Linde Gas | " | 7100-00X | | 2,625.53 | 86,932.27 |
| 10/24/07 | 1023 | Capital Indemnity Corp. | " | 7100-00X | | 122.21 | 86,810.06 |
| 10/24/07 | 1024 | Massie Jet-Vac Srvs | " | 7100-00X | | 68,088.68 | 18,721.38 |
| 10/24/07 | 1025 | Advanta Bank Corp. | " | 7100-00X | | 2,025.34 | 16,696.04 |
| 10/24/07 | 1301 | Powell, Inc. | " | 7100-00X | | 3,892.62 | 12,803.42 |
| 10/24/07 | 1302 | Roy Safanda | Trustee's Fees | 2100-00X | | 2,220.86 | 10,582.56 |
| 10/24/07 | 1302 | Roy Safanda | Trustee's Costs | 2200-00X | | 8,323.96 | 2,258.60 |
| 10/24/07 | 1302 | Roy Safanda | Trustee's Attn'y Fees | 3110-00X | | 127.35 | 2,131.25 |
| 12/31/07 | 1004 | Old 2nd NB | Check not cashed | 9999-000 | 2,131.25 | | 0.00 |
| 12/31/07 | 1004 | Old 2nd NB | " | 9999-000 | 729.15 | | 729.15 |
| 12/31/07 | 1013 | Old 2nd NB | " | 9999-000 | 2,695.15 | | 3,424.30 |
| 12/31/07 | 1022 | Old 2nd NB | Final Dividend | 9999-000 | 122.21 | | 3,546.51 |
| 02/08/07 | 1501 | Clerk of the Bank Ct. | Unclaimed funds | 7100-00X | | 729.15 | 2,817.36 |
| | | | | | | 2,817.36 | 0.00 |

COLUMN TOTALS                                    $152,260.35   $152,260.35
Less: Bank transfers/CDs
Subtotal                                                        $3,546.51
Less: Payments to debtors
Net

FORM 2 Page - 3

**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

Case No. 05-03140
Case Name: Nickolson
Taxpayer ID#: 20-2579182
For Period Ending: 12/31/07

Trustee Name: Roy Safanda
Bank Name: Old Second National Bank
MM #: 800001373
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable): ____

| 1 | 2 | 3 | | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | MM Balance |
| 10/28/05 | 7 | Nickolson Trust | Settlement | 1241-00X | 49,500.00 | | 49,500.00 |
| 10/31/05 | 8 | Old 2nd NB | Interest | 1270-00X | 18.98 | | 49,518.98 |
| 11/30/05 | 8 | " | " | 1270-00X | 142.45 | | 49,661.43 |
| 12/31/05 | 8 | " | " | 1270-00X | 147.63 | | 49,809.06 |
| 01/31/06 | 8 | " | " | 1270-00X | 141.71 | | 49,950.77 |
| 02/28/06 | 8 | " | " | 1270-00X | 84.30 | | 50,035.07 |
| 03/31/06 | 8 | " | " | 1270-00X | 101.79 | | 50,136.86 |
| 04/30/06 | 8 | " | " | 1270-00X | 100.00 | | 50,236.86 |
| 05/31/06 | 8 | " | " | 1270-00X | 111.26 | | 50,348.12 |
| 06/30/06 | 8 | " | " | 1270-00X | 120.06 | | 50,468.18 |
| 07/31/06 | 8 | " | " | 1270-00X | 109.07 | | 50,577.25 |
| 08/31/06 | 8 | " | " | 1270-00X | 116.84 | | 50,694.09 |
| 09/30/06 | 8 | " | " | 1270-00X | 117.11 | | 50,811.20 |
| 10/31/06 | 8 | " | " | 1270-00X | 113.60 | | 50,924.80 |
| 11/30/06 | 8 | " | " | 1270-00X | 113.84 | | 51,038.64 |
| 12/31/06 | 8 | " | " | 1270-00X | 117.91 | | 51,156.55 |
| 01/31/07 | 8 | " | " | 1270-00X | 118.18 | | 51,274.73 |
| 02/28/07 | 8 | " | " | 1270-00X | 106.29 | | 51,381.02 |
| 03/05/07 | Tele-Trans | Old 2nd NB | Transf. from Checking | 9999-000 | 36,000.00 | | 87,381.02 |
| 03/22/07 | 9 | Tardella | Tax Refund | 1224-00X | 17,886.85 | | 105,267.87 |
| 03/31/07 | 8 | Old 2nd NB | Interest (est.) | 1270-00X | 208.49 | | 105,476.36 |
| 04/30/07 | 8 | " | " | 1220-00X | 235.49 | | 105,711.85 |

COLUMN TOTALS                      $105,711.85    $0.00
Less: Bank transfers/CDs
Subtotal
Less: Payments to debtors
Net                                                              $105,711.85

**FORM 2 Page - 4**
**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

Case No. 05-03140
Case Name: Nickolson
Taxpayer ID#: 20-2579182
For Period Ending: 12/31/07

Trustee Name: Roy Safanda
Bank Name: Old Second National Bank
MM #: 800001373
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | MM Balance |
|  |  | Balance Forwarded |  |  |  |  |  |
| 05/31/07 | 8 | Old 2nd NB | Interest | 1270-00X | 105,711.85 |  | 105,711.85 |
| 06/30/07 | 8 | " | " | 1270-00X | 252.29 |  | 105,964.14 |
| 07/31/07 | 8 | " | " | 1270-00X | 252.89 |  | 106,217.03 |
| 8*31/07 | 8 | " | " | 1270-00X | 245.32 |  | 106,462.35 |
| 09/30/07 | 8 | " | " | 1270-00X | 278.67 |  | 106,741.02 |
| 10/04/07 | Tele-Trans | " | Transfer to checking | 1270-00X | 211.34 |  | 106,952.36 |
|  |  |  |  | 9999-000 |  | 106,952.36 | 0.00 |

COLUMN TOTALS                                  $106,952.36   $106,952.36
Less: Bank transfers/CDs
Subtotal
Less: Payments to debtors
Net                                                           $0.00